Ryan J. Works, Esq. (NSBN 9224)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Tetepona: (702) 873-4100
rworks@mcdonaldcarano.com

*Attorney for EITE Recovery, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| EITE RECOVERY LLC,<br><br>           Appellant,<br><br>vs.<br><br>GET FRESH SALES, INC.; PAUL LAGUDI; WILLIAM TODD PONDER; CHAPTER 7 TRUSTEE LENARD SCHWARTZER,<br><br>           Appellees. | District Court Case No.: 2:23-cv-00507-JAD<br><br>Bankruptcy Case No.: 20-12051-gs<br>Chapter 7<br><br>Appeal Reference No.: 23-05<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY BRIEF**<br><br>**FIRST REQUEST**   ECF No. 53, 55 |

Appellant EITE Recovery, LLC ("Appellant"), by and through its undersigned counsel, the law firm of McDonald Carano LLP, and Appellee, Get Fresh Sales, Inc. ("Appellee" and with Appellant, the "Parties") by and through its undersigned counsel, the law firm of Schwartz Law PLLC hereby stipulate (the "Stipulation") and agree as follows:

**RECITALS**

WHEREAS, on April 3, 2023, Appellant filed its Notice of Appeal, commencing the instant appeal;

WHEREAS, on May 8, 2023, this Court entered its *Minute Order* [ECF No. 6] setting the briefing schedule for the instant appeal, including setting the deadline to file a Reply Brief to June 19, 2023 (the "Reply Deadline");

WHEREAS, on May 22, 2023, Appellant filed the *Opening Brief of Appellant EITE Recovery LLC with Respect to Appeal of Memorandum Decision on Objection to Proof of Claim No. 7 and Order Sustaining Objection to Proof of Claim No. 7* [ECF No. 7];



1  WHEREAS, on June 5, 2023, Appellee filed *Appellee Get Fresh Sales, Inc.'s Answering Brief* [ECF No. 51];

WHEREAS, this is the first stipulation for extension of time to file the Reply Brief;

WHEREAS, good cause exists to extend because, due to scheduling conflicts, the Parties have conferred and agreed to extend the Reply Deadline by seven (7) days in order to allow sufficient time to reply to the Answering Brief.

### STIPULATION

Based on the foregoing, the Parties agree and respectfully request that the deadline to file a Reply Brief be extended from June 19, 2023 to June 26, 2023.

DATED this 8th day of June, 2023.

McDONALD CARANO LLP

By: /s/ Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorney for Appellant, EITE Recovery, LLC*

DATED this 8th day of June, 2023.

SCHWARTZ LAW, PLLC

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz (NSBN 10985)
Athanasios Agelakopoulos (NSBN 14339)
601 East Bridger Avenue
Las Vegas, Nevada 89101

*Attorney for Appellee, Get Fresh Sales, Inc.*

### ORDER

Based on the amended stipulation [ECF No. 55] and good cause appearing, IT IS ORDERED that **the reply deadline is extended to June 26, 2023.  The stipulation at ECF No. 53 is DENIED as moot.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 9, 2023