Ryan J. Works, Esq. (NSBN 9224)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com

*Attorney for EITE Recovery, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EITE RECOVERY LLC,<br><br>          Appellant,<br><br>vs.<br><br>GET FRESH SALES, INC.; PAUL LAGUDI; WILLIAM TODD PONDER; CHAPTER 7 TRUSTEE LENARD SCHWARTZER,<br><br>          Appellees. | District Court Case No.: 2:23-cv-00507-JAD<br><br>Bankruptcy Case No.: 20-12051-gs<br>Chapter 7<br><br>Appeal Reference No.: 23-05<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 59 |

Appellant EITE Recovery, LLC ("<u>Appellant</u>") and Appellee, Get Fresh Sales, Inc. ("<u>Appellee</u>") by and through their undersigned counsel, hereby jointly stipulate to dismiss this action in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs.

DATED this 29th day of January, 2024.

McDONALD CARANO LLP

By: /s/ Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorney for Appellant EITE Recovery, LLC*

Dated this 29th day of January, 2024.

GREENBERG TRAURIG, LLP

/s/ Jason Hicks
Mark E. Ferrario, Esq. (NSBN 1625)
Jason Hicks, Esq. (NSBN 13149)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Get Fresh Sales, Inc.*

## ORDER

Based on the parties' stipulation [ECF No. 59] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 29, 2024